# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-CV-02259-CMA-CBS

**DEBORAH FRANK**

    Plaintiff

v.

**AMFIRST BANK, NATIONAL ASSOCIATION, a Nebraska corporation.**

    Defendant

---

# PLAINTIFF'S EXHIBITS TO MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY

---

Plaintiff Deborah Frank ("Frank") hereby submits the attached exhibits to her Motion for Summary Judgment as to Liability.

    BACHUS & SCHANKER, LLC

    *s/ Sara A. Green*
    Elwyn F. Schaefer
    Sara A. Green
    1899 Wynkoop Street, Suite 700
    Denver, Colorado  80202
    Telephone: (303) 893-9800
    Email: sara.green@coloradolaw.net

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2014 a true and correct copy of the foregoing PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT was served via email to the following:

    Susan Sperber
    Lewis, Roca, Rothgerber, LLP
    1200 17th Street Suite 3000
    Denver, Colorado 80202-5855

*s/ Jason Sandene*