### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02259-CMA-CBS

DEBORAH K. FRANK,

    Plaintiff,

v.

AMFIRST BANK, NATIONAL ASSOCIATION, a Nebraska corporation,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendant's Motion for Summary Judgment of Judge Christine M. Arguello entered on January 22, 2015 it is

ORDERED that Defendant's Motion for Summary Judgment (Doc. No. 24) is GRANTED. It is

FURTHER ORDERED that Plaintiff's Motions for Summary Judgment (Doc. No.'s 17, 18) are DENIED. It is

FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of the Court within ten days of the entry of judgment. Each party shall bear its own attorney fees.

Dated at Denver, Colorado this 22nd day of January, 2015.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

By: s/ A. Thomas

      Deputy Clerk